**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-7849**

─────────

MARC S. CASON, SR.,

Plaintiff - Appellant,

versus

PRISON HEALTH SERVICES,

Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
03-2054-CCB)

─────────

Submitted:  March 25, 2004          Decided:  March 31, 2004

─────────

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Marc S. Cason, Sr., Appellant Pro Se.  Donald Joseph Crawford,
ALDELMAN, SHEFF & SMITH, Rockville, Maryland, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marc S. Cason, Sr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Cason v. Prison Health Servs.</u>, No. CA-03-2054-CCB (D. Md. Nov. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>